| | |
|---|---|
| 1<br>2<br>3<br>4 | MAING IBUADO, P.C.<br>W. Isaac Maing, Esq. (SBN: 283531)<br>2670 S. White Rd. #165<br>San Jose, CA 95148<br>T: 408-564-7278 F: 408-564-0374<br>Isaac.Maing@maingibuado.com |
| 5<br>6 | Attorneys for Plaintiff,<br>Al Pringle |

UNITED STATES DISRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9<br>10<br>11<br>12<br>13<br>14 | AL PRINGLE,<br>   APPLICANT,<br>vs.<br>WALMART DISTRIBUTION CENTER,<br>ET AL.,<br>   DEFENDANT. | Case No.: 1:19-CV-00468-DAD-BAM<br><br>PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER |

     PLAINTIFF, AL PRINGLE, hereby applies *ex parte* for an order continuing the Scheduling Conference in the above-captioned case, presently set for Wednesday, July 10, 2019 at 9:30am to a new date approximately sixty (60) days forward. This request is necessitated by the fact that (a) Plaintiff's counsel just got admitted to the United States District Court Eastern District of California, and (b) Plaintiff's counsel is seeking co-counsel to represent Plaintiff after the case got removed to the United States District Court from the Superior Court of California so that Plaintiff's case will not be prejudiced. A true and correct copy of the Proof of Service has been filed with this Court.

///
///
///
///
///

WHEREFORE, Plaintiff respectfully requests that this Court continue the Scheduling Conference presently set to a new date approximately sixty (60) days forward.

Date: July 8, 2019 Respectfully Submitted,

**MAING IBUADO P.C.**

_____
W. Isaac Maing, Esq.
Attorneys for Plaintiff
Al Pringle

**ORDER**

Having considered the *ex parte* application, and for cause appearing, it is HEREBY ORDERED that the Scheduling Conference is hereby continued to **September 11, 2019, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** A Joint Scheduling Report, carefully prepared and executed by all counsel/pro se parties, shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference, and shall be e−mailed, in Microsoft Word format, to bamorders@caed.uscourts.gov.

Based on the request to continue, it is FURTHER ORDERED that the Order to Show Cause issued on July 8, 2019, is DISCHARGED. (Doc. No. 10) No sanctions shall be imposed at this time.

IT IS SO ORDERED.

Dated: **July 9, 2019**             /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER
- 3 -