1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

AL PRINGLE,

Case No.  1:19-cv-00468-DAD-BAM

12

Plaintiff,

ORDER TO SHOW CAUSE WHY
SANCTIONS SHOULD NOT BE IMPOSED
FOR FAILURE TO APPEAR

13

v.

14

WALMART DISTRIBUTION CENTER, et
al.,

15

**RESPONSE DUE by September 18, 2019**

16

Defendants.

17

TO WOOSIK ISAAC MAING, COUNSEL FOR PLAINTIFF:

18

On July 9, 2019, the Court issued an order setting a Mandatory Scheduling Conference

19

for September 11, 2019, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara

20

A. McAuliffe.  (Doc. No. 11.)  On September 11, 2019, counsel for Plaintiff failed to appear at

21

the Mandatory Scheduling Conference.  (Doc. No. 13.)  Plaintiff accordingly waived his right

22

to appear and participate in the Mandatory Scheduling Conference and the conference

23

proceeded without input from Plaintiff.

24

Pursuant to Local Rule 110, "[f]ailure of counsel or of a party to comply with . . . any

25

order of the Court may be grounds for the imposition by the Court of any and all sanctions . . .

26

within the inherent power of the Court." L.R. 110. "District courts have inherent power to

27

control their dockets" and in exercising that power the Court may impose sanctions "including,

28

1

1  where appropriate, default or dismissal." *Thompson v. Housing Authority of Los Angeles*, 782

2  F.2d 829, 831 (9th Cir. 1986).

3          Accordingly, Woosik Isaac Maing, counsel for Plaintiff, is hereby ORDERED TO

4  SHOW CAUSE why this Court should not impose sanctions for his failure to obey a court

5  order and failure to appear at the September 11, 2019 Mandatory Scheduling Conference.  Mr.

6  Maing shall file a written response to this Order to Show Cause by no later than **September 18,**

7  **2019**.

8          **Failure to respond to this order will result in the imposition of sanctions, including**

9  **monetary sanctions and/or dismissal of this action.**

10

11  IT IS SO ORDERED.

12      Dated:   **September 11, 2019**              /s/ *Barbara A. McAuliffe*

13                                              UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2