UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL PRINGLE,<br><br>    Plaintiff,<br><br>  v.<br><br>WALMART DISTRIBUTION CENTER, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00468-DAD-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. No. 14) |

On July 9, 2019, the Court issued an order setting a Mandatory Scheduling Conference for September 11, 2019, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. (Doc. No. 11.) On September 11, 2019, counsel for Plaintiff failed to appear at the Mandatory Scheduling Conference. (Doc. No. 13.) On September 11, 2019, the Court issued an order directing counsel for Plaintiff to show cause why sanctions should not be imposed for the failure to appear. (Doc. No. 14.) Counsel's response to the Order to Show Cause was due on or before September 18, 2019. (*Id.*)

On September 27, 2019, Woosik Isaac Maing, counsel for Plaintiff, filed an untimely response to the Court's Order to Show Cause. (Doc. No. 14.) According to the declaration of Mr. Maing, he was notified early on the date of the Mandatory Scheduling Conference that his grandmother had collapsed and suffered severe fall injuries. (*Id.*) Mr. Maing then took

multiple days away from his firm to attend to his grandmother's health. (*Id.*) In his declaration, Mr. Maing apologized to the Court for his failure to appear due to this personal emergency. (*Id.*)

Although untimely, in light of the circumstances the Court will consider Mr. Maing's response to the Order to Show Cause. However, counsel is cautioned that any future failure to comply with an order of the Court will result in the imposition of sanctions. Having considered counsel's response, the Court's Order to Show Cause issued September 11, 2019 (Doc. No. 14) is HEREBY DISCHARGED and no sanctions will be imposed.

IT IS SO ORDERED.

Dated: **September 30, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2