UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL PRINGLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART DISTRIBUTION CENTER, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00468-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>(Doc. No. 24) |

Currently before the Court is the parties' joint stipulation to modify the Scheduling Conference Order in this case. (Doc. No. 24.) Having considered the parties' stipulation, and good cause appearing based upon the health issues of Plaintiff and his family members as well as the parties' inability to complete discovery due to the COVID-19 pandemic, the Court GRANTS the parties' request. Accordingly, IT IS HEREBY ORDERED that the Scheduling Conference Order (Doc. No. 19) is modified as follows:

| | |
|---|---|
| Expert Disclosure: | July 17, 2020 |
| Supplemental Expert Disclosure: | July 31, 2020 |
| Non-Expert Discovery Cutoff: | June 26, 2020 |
| Expert Discovery Cutoff: | August 7, 2020 |

| | | |
|---|---|---|
| Pretrial Motion Filing Deadline: | | July 17, 2020 |

The pretrial conference and trial dates remain unchanged. The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: **April 8, 2020**        /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE