UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL PRINGLE,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART DISTRIBUTION CENTER, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00468-BAM<br><br>**ORDER SETTING HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AL PRINGLE**<br><br>(Doc. No. 32)<br><br>Date:    September 4, 2020<br>Time:    9:00 AM<br>Courtroom:  8 (BAM) |

On July 31, 2020, W. Isaac Maing filed a motion to withdraw as counsel of record for Plaintiff Al Pringle ("Plaintiff"). (Doc. No. 32.) The motion did not set a valid date for the motion to be heard as required by Local Rule 230(b).[1] Additionally, the motion did not state whether Plaintiff had been served with the motion as required by Local Rule 182(d).

Accordingly, IT IS HEREBY ORDERED:

1. The motion to withdraw as counsel for Plaintiff (Doc. No. 42) SHALL BE HEARD on **Friday September 4, 2020, at 09:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties are encouraged to appear at the motion hearing by telephone with each party using the following dial-in number and access code: ***dial-in number 1-877-411-9748; access code 3219139***; and

2. Counsel for Plaintiff is directed to **promptly** serve Plaintiff with copies of the

---

[1] The notice of motion stated that the matter would be heard at June 31, 2020, at 6:00 p.m. However, the motion was filed on July 31, 2020, there are only 30 days in June, and the Court does not conduct hearings at 6:00 p.m.

1

motion and this Order at his last known address of record and to file proof of such service with the Court. Within fourteen (14) days of service, Plaintiff may file a written response, if any, to the motion. Counsel for Plaintiff shall assist Plaintiff with electronically filing any written response to the motion. Plaintiff may also appear at the motion hearing by telephone using the dial-in number and access code identified above.

IT IS SO ORDERED.

Dated: __**August 3, 2020**__            /s/ *Barbara A. McAuliffe*    _
UNITED STATES MAGISTRATE JUDGE