UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL PRINGLE,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART DISTRIBUTION CENTER, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00468-BAM<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Date:   October 15, 2020<br>Time:   9:00 AM<br>Courtroom: 8 (BAM) |

    In light of the Court's order granting Woosik Isaac Maing's motion to withdraw as counsel of record for Plaintiff Al Pringle, the Court SETS a STATUS CONFERENCE for **October 15, 2020, at 9:00 AM in Courtroom 8 (BAM) before the undersigned**. The purpose of the conference will be to address whether Mr. Al Pringle has secured new counsel or intends to represent himself in propria persona. The parties are encouraged to appear at the status conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

    The Clerk of Court is further directed to serve a copy of this order on Al Pringle at his address of record, 35017 Rd. 156, Visalia, CA 93292.

IT IS SO ORDERED.

Dated:  **September 4, 2020**              /s/ *Barbara A. McAuliffe*
                                                                          UNITED STATES MAGISTRATE JUDGE